UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:16-045 |
| | ) | |
| DARREN DEVALE TOWNSEND, JR. | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Keith B. Johnson** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Keith B. Johnson** be granted leave of absence for the following periods: **November 10, 2016; December 8, 2016; January 12, 2017; February 1, 2017; March 9, 2017; May 11, 2017.**

This _19th_ day of October, 2016.

_____

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia