```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA
                     AUGUSTA DIVISION
```

```
UNITED STATES OF AMERICA        *
                                *
     v.                         *    CR 116-045-2
                                *
DARREN DEVALE TOWNSEND, JR.     *
```

## O R D E R

On June 1, 2020, Defendant Darren Devale Townsend, Jr., filed a motion to reduce his sentence pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. The Government has filed a response in opposition.

Section 404 of the First Step Act is the only provision that applies retroactively to defendants who have already been sentenced. Section 404 allows for a reduction of sentence based on the revised *statutory* penalties of the Fair Sentencing Act of 2010, if such reduction was not previously granted. In other words, Section 404 of the First Step Act allows a court to reduce a previously imposed sentence "as if sections 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the covered offense was committed." Here, Defendant was sentenced on November 1, 2017, at which time the provisions of the Fair Sentencing Act of 2010 were already in effect. Thus, because Defendant was

accorded any benefit under the Fair Sentencing Act at the time of sentencing in 2017, the First Step Act has no application here. See, e.g., Howard v. United States, 2019 WL 4491319, at *1 (11th Cir. Aug. 8, 2019) (noting that the petitioner's attempt to assert a First Step Act claim was futile because he had been sentenced in 2014 and had therefore received the benefit of any reduced penalties under the Fair Sentencing Act of 2010). Moreover, the Fair Sentencing Act of 2010 did not modify the statutory penalties under Defendant's offense of conviction, i.e., 21 U.S.C. § 841(b)(1)(C).

Upon the foregoing, Defendant's motion for relief under the First Step Act (doc. 166) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA